**PRISONER CASE**



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):** United States of America ex rel. ANTHONY WILLIS

**Defendant(s):** AUSTIN S. RANDOLPH, JR., et al., et al.

**County of Residence:** LOGAN

**County of Residence:**

**Plaintiff's Address:**

Anthony Willis
N-51386
Logan - LGN
R.R. 3, P.O. Box 1000
Lincoln, IL 62656

**Defendant's Attorney:**

Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**FILED**
APR 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes [✓] No

**08CV2144**
**JUDGE MANNING**
**MAG. JUDGE SCHENKIER**

**Signature:** A.E. Woodham  **Date:** 04/15/2008

Manning
Schenkier

04C5610