AO 240 (1/94)

APR 0 9 2008

~~FILED~~

# United States District Court

APR 1 5 2008

──────────── DISTRICT OF ────────────

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Anthony Willis, N-51386

Plaintiff

V.

Defendant

Austin S. Randolph Jr. Warden

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

**08CV2144**
**JUDGE MANNING**
**MAG. JUDGE SCHENKIER**

CASE NUMBER

I, Anthony Willis N-51386 declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant       [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [X] Yes    [ ] No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration  Logan Correctional Center

    Are you employed at the institution?  Yes    Do you receive any payment from the institution?  Yes

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [X] Yes    [ ] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.    $15.00 dollars institutional pay

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment    [ ] Yes    [ ] No    sister, 40.00
    b. Rent payments, interest or dividends              [ ] Yes    [ ] No
    c. Pensions, annuities or life insurance payments    [ ] Yes    [ ] No    wife's 40.00
    d. Disability or workers compensation payments       [ ] Yes    [ ] No
    e. Gifts or inheritances                             [ ] Yes    [ ] No
    f. Any other sources                                 [X] Yes    [ ] No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____4-7-08_____          _____[signature]_____
DATE                                    SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __145.93__ on account to his/her credit at (name of institution) __Logan CC_____. I further certify that the applicant has the following securities to his/her credit: _____
_____. I further certify that during the past six months the applicant's average balance was $ _____.

_____4/9/08_____          _____[signature]_____
DATE                                    SIGNATURE OF AUTHORIZED OFFICER

| Date: | 4/9/2008 | | | | Logan Correctional Center | | | Page 1 |
| Time: | 10:06am | | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 10/01/2007 thru End;    Inmate: N51386;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: N51386 Willis, Anthony**                            **Housing Unit: LOG-08-C -10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 318.72 |
| 10/05/07 | Point of Sale | 60 Commissary | 278779 | 566674 | Commissary | -23.01 | 295.71 |
| 10/05/07 | Point of Sale | 60 Commissary | 278779 | 566679 | Commissary | 1.27 | 296.98 |
| 10/09/07 | Payroll | 20 Payroll Adjustment | 282154 | | P/R month of 09/2007 | 12.24 | 309.22 |
| 10/10/07 | Disbursements | 88 FWD FDS | 283350 | Chk #30349 | 90-0301, The Church Of Light, Inv. Date: 10/10/2007 | -22.96 | 286.26 |
| 10/17/07 | Disbursements | 84 Library | 290350 | Chk #30445 | 84-031, DOC: 523 Fund Library, Inv. Date: 09/25/2007 | -.50 | 285.76 |
| 10/17/07 | Disbursements | 84 Library | 290350 | Chk #30445 | 84-028, DOC: 523 Fund Library, Inv. Date: 09/18/2007 | -.20 | 285.56 |
| 10/17/07 | Disbursements | 80 Postage | 290350 | Chk #30446 | 80-133, DOC: 523 Fund Inmate R, Inv. Date: 09/18/2007 | -1.82 | 283.74 |
| 10/18/07 | Point of Sale | 60 Commissary | 291732 | 568375 | Commissary | -19.46 | 264.28 |
| 11/08/07 | Payroll | 20 Payroll Adjustment | 312154 | | P/R month of 10/2007 | 14.28 | 278.56 |
| 11/15/07 | Point of Sale | 60 Commissary | 319783 | 571553 | Commissary | -27.99 | 250.57 |
| 11/19/07 | Disbursements | 84 Library | 323350 | Chk #30690 | 84-045, DOC: 523 Fund Library, Inv. Date: 10/23/2007 | -.40 | 250.17 |
| 11/19/07 | Disbursements | 84 Library | 323350 | Chk #30690 | 84-044, DOC: 523 Fund Library, Inv. Date: 10/22/2007 | -.80 | 249.37 |
| 11/19/07 | Disbursements | 88 FWD FDS | 323350 | Chk #30709 | 90-0511, Cell Shop, Inv. Date: 11/19/2007 | -31.28 | 218.09 |
| 11/21/07 | Mail Room | 01 MO/Checks (Not Held) | 325281 | 025541 | Willis, Yvonne | 50.00 | 268.09 |
| 11/26/07 | Point of Sale | 60 Commissary | 330783 | 572700 | Commissary | -15.59 | 252.50 |
| 12/06/07 | Point of Sale | 60 Commissary | 340783 | 573948 | Commissary | -32.04 | 220.46 |
| 12/10/07 | Payroll | 20 Payroll Adjustment | 344154 | | P/R month of 11/2007 | 8.64 | 229.10 |
| 12/17/07 | Disbursements | 84 Library | 351350 | Chk #30882 | 84-059, DOC: 523 Fund Library, Inv. Date: 12/10/2007 | -.20 | 228.90 |
| 12/17/07 | Disbursements | 84 Library | 351350 | Chk #30882 | 84-057, DOC: 523 Fund Library, Inv. Date: 11/27/2007 | -.20 | 228.70 |
| 12/17/07 | Disbursements | 84 Library | 351350 | Chk #30882 | 84-057, DOC: 523 Fund Library, Inv. Date: 11/27/2007 | -3.60 | 225.10 |
| 12/17/07 | Disbursements | 84 Library | 351350 | Chk #30882 | 84-058, DOC: 523 Fund Library, Inv. Date: 12/04/2007 | -1.00 | 224.10 |
| 12/17/07 | Disbursements | 84 Library | 351350 | Chk #30882 | 84-059, DOC: 523 Fund Library, Inv. Date: 12/10/2007 | -1.10 | 223.00 |
| 12/17/07 | Disbursements | 80 Postage | 351350 | Chk #30883 | 80-269, DOC: 523 Fund Inmate R, Inv. Date: 12/04/2007 | -2.16 | 220.84 |
| 12/17/07 | Disbursements | 80 Postage | 351350 | Chk #30883 | 80-307, DOC: 523 Fund Inmate R, Inv. Date: 12/12/2007 | -1.23 | 219.61 |
| 12/18/07 | Point of Sale | 60 Commissary | 352732 | 575662 | Commissary | -16.89 | 202.72 |
| 01/07/08 | Point of Sale | 60 Commissary | 007777 | 577056 | Commissary | -12.42 | 190.30 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009154 | | P/R month of 12/2007 | 14.40 | 204.70 |
| 01/17/08 | Disbursements | 84 Library | 017350 | Chk #31115 | 84-061, DOC: 523 Fund Library, Inv. Date: 12/18/2007 | -.50 | 204.20 |
| 01/17/08 | Disbursements | 84 Library | 017350 | Chk #31115 | 84-063, DOC: 523 Fund Library, Inv. Date: 12/24/2007 | -.60 | 203.60 |
| 01/17/08 | Disbursements | 84 Library | 017350 | Chk #31115 | 84-062, DOC: 523 Fund Library, Inv. Date: 12/20/2007 | -.70 | 202.90 |
| 01/17/08 | Disbursements | 84 Library | 017350 | Chk #31115 | 84-064, DOC: 523 Fund Library, Inv. Date: 01/02/2008 | -.20 | 202.70 |
| 01/17/08 | Disbursements | 84 Library | 017350 | Chk #31115 | 84-064, DOC: 523 Fund Library, Inv. Date: 01/02/2008 | -.30 | 202.40 |
| 01/17/08 | Disbursements | 84 Library | 017350 | Chk #31115 | 84-065, DOC: 523 Fund Library, Inv. Date: 01/02/2008 | -.20 | 202.20 |
| 01/17/08 | Disbursements | 80 Postage | 017350 | Chk #31116 | 80-368, DOC: 523 Fund Inmate R, Inv. Date: 01/04/2008 | -.17 | 202.03 |

Date: 4/9/2008  
Time: 10:06am  
d_list_inmate_trans_statement_composite

Logan Correctional Center  
**Trust Fund**  
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 10/01/2007 thru End;   Inmate: N51386;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N51386 Willis, Anthony**                     **Housing Unit: LOG-08-C -10**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/17/08 | Disbursements | 80 Postage | 017350 | Chk #31113 | 80-327, DOC: 523 Fund Inmate R, Inv. Date: 12/19/2007 | -1.14 | 200.89 |
| 01/17/08 | Point of Sale | 60 Commissary | 017783 | 578709 | Commissary | -15.61 | 185.28 |
| 01/28/08 | Mail Room | 10 Western Union | 028200 | 7513384078 | WILLIS, PATRICIA | 25.00 | 210.28 |
| 01/29/08 | Point of Sale | 60 Commissary | 029777 | 580081 | Commissary | -15.84 | 194.44 |
| 02/11/08 | Point of Sale | 60 Commissary | 042777 | 581299 | Commissary | -12.93 | 181.51 |
| 02/11/08 | Payroll | 20 Payroll Adjustment | 042154 | | P/R month of 01/2008 | 15.00 | 196.51 |
| 02/15/08 | Disbursements | 84 Library | 046350 | Chk #31313 | 84-072, DOC: 523 Fund Library, Inv. Date: 01/24/2008 | -.40 | 196.11 |
| 02/15/08 | Disbursements | 84 Library | 046350 | Chk #31313 | 82-076, DOC: 523 Fund Library, Inv. Date: 02/05/2008 | -.50 | 195.61 |
| 02/15/08 | Disbursements | 84 Library | 046350 | Chk #31313 | 84-073, DOC: 523 Fund Library, Inv. Date: 01/28/2008 | -.40 | 195.21 |
| 02/15/08 | Disbursements | 84 Library | 046350 | Chk #31313 | 84-078, DOC: 523 Fund Library, Inv. Date: 02/13/2008 | -2.10 | 193.11 |
| 02/15/08 | Disbursements | 80 Postage | 046350 | Chk #31314 | 80-442, DOC: 523 Fund Inmate R, Inv. Date: 02/13/2008 | -.41 | 192.70 |
| 02/15/08 | Disbursements | 80 Postage | 046350 | Chk #31314 | 80-443, DOC: 523 Fund Inmate R, Inv. Date: 02/13/2008 | -.17 | 192.53 |
| 02/15/08 | Disbursements | 80 Postage | 046350 | Chk #31314 | 80-422, DOC: 523 Fund Inmate R, Inv. Date: 02/06/2008 | -.17 | 192.36 |
| 02/15/08 | Disbursements | 80 Postage | 046350 | Chk #31314 | 80-400, DOC: 523 Fund Inmate R, Inv. Date: 01/22/2008 | -.41 | 191.95 |
| 02/15/08 | Disbursements | 80 Postage | 046350 | Chk #31314 | 80-398, DOC: 523 Fund Inmate R, Inv. Date: 01/18/2008 | -.41 | 191.54 |
| 02/15/08 | Disbursements | 80 Postage | 046350 | Chk #31314 | 80-446, DOC: 523 Fund Inmate R, Inv. Date: 02/13/2008 | -.17 | 191.37 |
| 02/15/08 | Disbursements | 80 Postage | 046350 | Chk #31314 | 80-446, DOC: 523 Fund Inmate R, Inv. Date: 02/13/2008 | -.17 | 191.20 |
| 02/22/08 | Mail Room | 10 Western Union | 053200 | 8129233263 | WILLIS, PATRICIA | 40.00 | 231.20 |
| 02/22/08 | Point of Sale | 60 Commissary | 053783 | 582949 | Commissary | -29.61 | 201.59 |
| 02/22/08 | Point of Sale | 60 Commissary | 053783 | 582950 | Commissary | -.52 | 201.07 |
| 03/05/08 | Point of Sale | 60 Commissary | 065779 | 584436 | Commissary | -29.17 | 171.90 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070150 | | P/R month of 02/2008 | 14.40 | 186.30 |
| 03/17/08 | Disbursements | 80 Postage | 077350 | Chk #31571 | 80-497, DOC: 523 Fund Inmate R, Inv. Date: 03/11/2008 | -.97 | 185.33 |
| 03/17/08 | Disbursements | 80 Postage | 077350 | Chk #31571 | 80-472, DOC: 523 Fund Inmate R, Inv. Date: 02/26/2008 | -.41 | 184.92 |
| 03/17/08 | Disbursements | 84 Library | 077350 | Chk #31572 | 84-087, DOC: 523 Fund Library, Inv. Date: 03/12/2008 | -.90 | 184.02 |
| 03/17/08 | Point of Sale | 60 Commissary | 077777 | 585914 | Commissary | -18.55 | 165.47 |
| 04/08/08 | Point of Sale | 60 Commissary | 099783 | 588589 | Commissary | -29.26 | 136.21 |
| 04/08/08 | Payroll | 20 Payroll Adjustment | 099154 | | P/R month of 03/2008 | 14.40 | 150.61 |

|  |  |
|---|---|
| **Total Inmate Funds:** | 150.61 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 4.68 |
| **Funds Available:** | 145.93 |
| **Total Furloughs:** | .00 |

| | | |
|---|---|---|
| Date: 4/9/2008 | Logan Correctional Center | Page 3 |
| Time: 10:06am | Trust Fund | |
| d_list_inmate_trans_statement_composite | Inmate Transaction Statement | |

REPORT CRITERIA - Date: 10/01/2007 thru End;　Inmate: N51386;　Active Status Only ? : No;　Print Restrictions ? : Yes;　Transaction Type: All Transaction Types;　Print Furloughs / Restitutions ? : Yes;　Include Inmate Totals ? : Yes;　Print Balance Errors Only ? : No

**Inmate: N51386 Willis, Anthony**　　　　　　　**Housing Unit: LOG-08-C -10**

| | |
|---|---:|
| Total Inmate Funds: | 150.61 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 4.68 |
| Funds Available: | 145.93 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 03/25/2008 | 80-525 | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.17 |
| 03/25/2008 | 80-525 | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.17 |
| 03/25/2008 | 80-525 | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.17 |
| 03/25/2008 | 81-115 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.17 |
| 03/26/2008 | 84-093 | Disb | Library | 2 DOC: 523 Fund Library | $4.00 |
| | | | | **Total Restrictions:** | **$4.68** |